UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Darrius Emmanuel Jackson            Docket No. 5:11-CR-236-2FL

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darrius Emmanuel Jackson, who, upon an earlier plea of guilty to Possession of a Stolen Firearm and Aiding and Abetting, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 27, 2012, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Darrius Emmanuel Jackson was released from custody on September 26, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The court was notified on October 19, 2017, via a Violation Report, that the defendant had tested positive for marijuana and cocaine during his initial meeting with the probation officer on October 2, 2017. The court was advised that the probation officer would be meeting with the defendant on October 23, 2017, following the defendant's substance abuse assessment, to discuss alternatives to revocation proceedings. Prior to that meeting, the probation officer received results from tests on October 10, 2017, and October 19, 2017, that were also positive for marijuana and cocaine. The defendant has acknowledged that he has an addiction to marijuana and cocaine, and he has since been enrolled in substance abuse treatment, with a start date of October 30, 2017. Based upon the defendant's ongoing use of illegal drugs, it appears the defendant is headed for a return to court for revocation proceedings if he doesn't address his issues head-on. In the meantime, it is recommended the defendant be placed on a curfew, with location monitoring technology, for a period not to exceed 60 days, in order to afford the defendant the opportunity to obtain assistance for his addiction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**Darrius Emmanuel Jackson**
**Docket No. 5:11-CR-236-2FL**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller | /s/ Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8808 |
| | Executed On: October 26, 2017 |

## ORDER OF THE COURT

Considered and ordered this 27th day of October, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge